# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| Place of Offense: _____ | Category No. **II** | Investigating Agency **FBI** |
| City **Lynn** | | |
| County **Essex** | | |

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number **See attachment**
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number **23-cr-10297-PBS**   ☑ Yes ☐ No

Defendant Name: **Marcus Mondesir**   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: **Play**
Address: **Lynn, MA**

Birth date (Yr only): **1992**   SSN (last 4#): **9027**   Sex: **M**   Race: **Black**   Nationality: _____

Defense Counsel if known: **Dan Gaudet**   Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: **Philip A. Mallard**   Bar Number if applicable: **679138**

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

Location Status: _____

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☑ Complaint   ☐ Information   ☐ Indictment
Total # of Counts: ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony **3**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **5/20/2024**   Signature of AUSA: *Philip A. Mallard*

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Marcus Mondesir, a/k/a "Play"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846, 841(b)(1)(A)(viii) | Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | Distribute and Possess with Intent to Distribute, 500 Grams or More of Methamphetamine | 2 |
| Set 3 | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | Distribute and Possess with Intent to Distribute, 500 Grams or More of Methamphetamine | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

Search Warrant Case Number Attachment

23-MJ-1417-DLC
23-MJ-1422-DLC
23-MJ-1423-DLC
23-MJ-1429-DLC
23-MJ-1430-DLC
23-MJ-1439-DLC
23-MJ-1445-DLC
23-MJ-1471-DLC
23-MJ-1472-DLC
23-MJ-1473-DLC
23-MJ-1474-DLC
23-MJ-1475-DLC
23-MJ-1476-DLC
23-MJ-1477-DLC
23-MJ-1478-DLC
23-MJ-1479-DLC
23-MJ-1480-DLC
23-MJ-8390-PGL
23-MJ-8391-PGL
24-MJ-1255-DLC
24-MJ-1256-DLC